**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BRITNEY JENA CAMPBELL**                                        **PLAINTIFF**

**V.**                                          **NO. 4:16-CV-00028-DMB-JMV**

**DELTA HEART AND VASCULAR**
**CENTER, P.A.**                                            **DEFENDANT**

**ORDER DISMISSING CASE**
**BY REASON OF SETTLEMENT**

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is unnecessary that the action remain upon the calendar of the Court. Accordingly, this case is **DISMISSED without prejudice**. The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 6th day of June, 2016.

                                                                      **/s/ Debra M. Brown**
                                                                      **UNITED STATES DISTRICT JUDGE**